# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

FILED

CLERK, U.S. DISTRICT COURT

1/30/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ asi _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**EDMOND OSCAR WALKER**,
 Plaintiff,

v.

**JUDGE CHASTIAN**, in official capacity;
 **COUNTY OF SOLANO**;
 **DOES 1–10**,
 Defendants.

Case No.:  2:26-cv-01029-KK-DSR

---

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C. § 1983 – Fourteenth Amendment Due Process)

---

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983 and the Fourteenth Amendment.

2. Venue is proper in this Court under 28 U.S.C. § 1391(b) because all events giving rise to this action occurred in Solano County, California, within the Eastern District of California.

---

## II. PARTIES

3. Plaintiff EDMOND OSCAR WALKER is a resident of California and the biological father and legal guardian of EBONY WALKER, a minor child age five (5).

4.  Defendant JUDGE CHASTIAN is a judicial officer of the Superior Court of California, County of Solano, sued in his official capacity solely for declaratory and injunctive relief.

5.  Defendant COUNTY OF SOLANO is a municipal entity responsible for policies, procedures, training, and supervision of court administration and service of process.

6.  Defendants DOES 1–10 are unknown individuals employed by Solano County and/or law enforcement who participated in the improper service of the restraining order. Their identities will be amended when discovered.

## III. FACTUAL ALLEGATIONS

7.  On or about September 23, 2025, a report was allegedly generated in Solano County concerning a restraining order associated with Case No. FFL160780.

8.  On October 20, 2025, a restraining order was physically served upon EBONY WALKER, a five-year-old child, instead of upon her legal guardian or counsel.

9.  The minor child lacked legal capacity to understand, accept, or respond to service of a court order.

10. Plaintiff was not provided meaningful notice or an opportunity to be heard prior to or immediately after service of the order upon the child.

11. Defendants failed to follow constitutionally required procedures for service, notice, and protection of a minor.

12. As a direct result, Plaintiff and his child suffered emotional distress, fear, confusion, and disruption of familial integrity.

## IV. CLAIMS FOR RELIEF

**COUNT I – Fourteenth Amendment Due Process (42 U.S.C. § 1983)**

13. Defendants acted under color of state law.

14. Defendants deprived Plaintiff and his minor child of procedural due process by serving a judicial restraining order upon a five-year-old child without lawful notice, guardian

service, or safeguards.

15. These actions violated clearly established constitutional rights.

---

## V. RELIEF REQUESTED

Plaintiff respectfully requests:

A. A declaration that service of a restraining order upon a five-year-old child violates the Fourteenth Amendment;

B. Injunctive relief prohibiting Defendants from serving judicial orders on minor children without service upon a legal guardian;

C. An order requiring Solano County to adopt constitutionally compliant service procedures involving minors;

D. Costs of suit;

E. Any further relief the Court deems just and proper.

---

## VI. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

---

DATED: _____
SIGNED: _____
**Edmond Oscar Walker, Pro Se**

---

# ✅ 2. IFP AFFIDAVIT (Fillable Word Format)

**Copy/paste into Word** and fill the blanks.

---